**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC., *Plaintiff*, v. ACCORD HEALTHCARE, INC., *Defendant*. | C.A. No. 2:24-cv-7791 (BRM) (CLW) |
| AMERICAN REGENT, INC., *Plaintiff*, v. ASPIRO PHARMA LTD., *Defendant*. | C.A. No. 2:24-cv-7794 (BRM) (CLW) |
| AMERICAN REGENT, INC., *Plaintiff*, v. CIPLA USA, INC. and CIPLA LIMITED, *Defendants*. | C.A. No. 2:24-cv-7796 (BRM) (CLW) |
| AMERICAN REGENT, INC., *Plaintiff*, v. DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., *Defendants*. | C.A. No. 2:24-cv-7799 (BRM) (CLW) |

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br>v.<br><br>EUGIA PHARMA SPECIALITIES LTD. and EUGIA US LLC,<br><br>*Defendants*. | C.A. No. 2:24-cv-8956 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>Plaintiff,<br>v.<br><br>GLAND PHARMA LTD.,<br><br>*Defendant*. | C.A. No. 2:24-cv-7802 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>Plaintiff,<br>v.<br><br>HIKMA PHARMACEUTICALS USA INC.,<br><br>*Defendant*. | C.A. No. 2:24-cv-7803 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br>v.<br><br>LONG GROVE PHARMACEUTICALS, LLC,<br><br>*Defendant*. | C.A. No. 2:24-cv-7804 (BRM) (CLW) |

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br>v.<br><br>RK PHARMA, INC.,<br><br>*Defendant*. | C.A. No. 2:24-cv-7805 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>Plaintiff,<br>v.<br><br>SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC and ODIN PHARMACEUTICALS, LLC,<br><br>*Defendants*. | C.A. No. 2:24-cv-7807 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>Plaintiff,<br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>*Defendants*. | C.A. No. 2:24-cv-7810 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br>v.<br><br>XIROMED, LLC and XIROMED PHARMA ESPAÑA, S.L.,<br><br>*Defendants*. | C.A. No. 2:24-cv-7811 (BRM) (CLW) |

| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC.,<br><br>*Defendant*. | C.A. No. 2:24-cv-7812 (BRM) (CLW) |
|---|---|

**STIPULATION AND ORDER OF CONSOLIDATION**

**WHEREAS**, Plaintiff American Regent, Inc. ("ARI") initiated Civil Action No. 2:24-cv-7791 (BRM) (CLW) against Defendant Accord Healthcare, Inc.; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7794 (BRM) (CLW) ("24-7794") against Defendant Aspiro Pharma Ltd.; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7796 (BRM) (CLW) ("24-7796") against Defendants Cipla USA, Inc. and Cipla Limited; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7799 (BRM) (CLW) ("24-7799") against Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-8956 (BRM) (CLW) ("24-8956") against Defendants Eugia Pharma Specialities Ltd. and Eugia US LLC; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7802 (BRM) (CLW) ("24-7802") against Defendant Gland Pharma Ltd.; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7803 (BRM) (CLW) ("24-7803") against Defendant Hikma Pharmaceuticals USA Inc.; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7804 (BRM) (CLW) ("24-7804") against Defendant Long Grove Pharmaceuticals, LLC.; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7805 (BRM) (CLW) ("24-7805") against Defendant RK Pharma, Inc.; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7807 (BRM) (CLW) ("24-7807") against Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC, and Odin Pharmaceuticals, LLC; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7810 (BRM) (CLW) ("24-7810") against Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7811 (BRM) (CLW) ("24-7811") against Defendants Xiromed, LLC and Xiromed Pharma España, S.L.; and

**WHEREAS**, ARI initiated Civil Action No. 2:24-cv-7812 (BRM) (CLW) ("24-7812") against Defendant Zydus Pharmaceuticals (USA) Inc.; and

**WHEREAS**, good cause exists to consolidate these actions; and

**WHEREFORE**, all parties, through their attorneys, respectfully request that this Court consolidate Civil Action Nos. 24-7791, 24-7794, 24-7796, 24-7799, 24-8956, 24-7802, 24-7803, 24-7804, 24-7805, 24-7807, 24-7810, 24-7811, 24-7812 and that all papers be filed and maintained in Civil Action No. 24-7791.

**WHEREFORE**, all filings in the Consolidated Action shall use the following caption going forward:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE SELENIOUS ACID LITIGATION

Honorable Brian R. Martinotti, U.S.D.J.

Civil Action No. 24 CV 7791 (BRM) (CLW) consolidated

Dated: October 21, 2024

**SO STIPULATED:**

s/ Charles H. Chevalier
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

Christine A. Gaddis
GIBBONS P.C.
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com

OF COUNSEL

Dennies Varughese, Pharm. D.
Uma N. Everett
Adam C. LaRock
Christina E. Dashe
Alexander Alfano
Ryan E. Conkin
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600

s/ Kristen Healey Cramer
Kristen Healey Cramer (No. 044752003)
Noelle B. Torrice (No. 079132013)
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kcramer@beneschlaw.com
Email: ntorrice@beneschlaw.com

OF COUNSEL

Michael S. Weinstein
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-6228
Email: mweinstein@beneschlaw.com

Manish K. Mehta
Samuel J. Ruggio
71 South Wacker, Suite 1600
Chicago, Illinois 60606
Telephone: 312.624.6379
Email: mmehta@beneschlaw.com
Email: sruggio@beneschlaw.com

dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff American Regent, Inc.*

s/ Kaan Ekiner
Kaan Ekiner
**COZEN O'CONNOR**
1201 N. Market Street
Suite 1001
Wilmington, Delaware 19801
(302) 295-2013
kekiner@cozen.com

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW, Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 509-9400
kschaubert@cozen.com

*Attorneys for Defendant Aspiro Pharma Ltd..*

s/ Gregory D. Miller
Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
Marcus O. Tubin
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601

*Attorneys for Defendant Accord Healthcare, Inc.*

s/ Rebekah Conroy
Rebekah Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel: (973) 400-4181
rconroy@stoneconroy.com

*Of Counsel*
Steven M. Coyle
Nicholas A. Geiger
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, Connecticut 06103
Tel: (860) 286-2929
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com

*Attorneys for Defendants Cipla USA, Inc. and Cipla Limited*

s/ Dmitry V. Shelhoff
Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
PERGAMENT CEPEDA, LLP
25A Hanover Road
Florham Park, New Jersey 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com

Gregory.miller@rivkin.com
Timothy.gonzalez@rivkin.com
Marcus.tubin@rivkin.com

Autumn N. Nero
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703-3095
Telephone: (608) 663-7460
anero@perkinscoie.com

Shannon M. Bloodworth
Maria A. Stubbings
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-6200
sbloodworth@perkinscoie.com
mstubbings@perkinscoie.com

Rodney Swartz
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209-4128
Telephone: (503) 727-2000
RSwartz@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

epergament@pergamentcepeda.com

*Attorneys for Defendants Eugia Pharma Specialities Ltd. and Eugia US LLC*

s/ James S. Richter
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

C. Kyle Musgrove
Cindy Chang
GEMINI LAW LLP
40 W 24th Street, Suite 6N
New York, New York 10010
(917) 915-8832
kmusgrove@geminilaw.com
cchang@geminilaw.com

s/ R. Touhey Myer
R. Touhey Myer
**KRATZ & BARRY LLP**
800 N. West Street
Wilmington, Delaware 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*
Timothy H. Kratz
George J. Barry III
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

*Attorneys for Defendant Hikma Pharmaceuticals USA, Inc.*

Michael P. Hogan
**KRATZ & BARRY LLP**
325 Chestnut Street, Suite 883, #259
Philadelphia, Pennsylvania 19106
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendant Gland Pharma Ltd.*

s/ Eric I. Abraham
Eric I. Abraham
William P. Murtha
Kristine L. Butler
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08543-5226
(609) 734-6358

*Of Counsel:*
Yixin Tang, Ph.D.
Brent Batzer
**UPADHYE TANG, LLP**
109 Symonds Drive, #174
Hinsdale, Illinois 60522

*Attorneys for Defendant RK Pharma, Inc.*

s/ Jeffrey A. Cohen
Jeffrey A. Cohen
**FLASTER GREENBERG P.C.**
1810 Chapel Avenue West
Cherry Hill, New Jersey 08002
(856) 661-1900
Jeff.cohen@falstergreenberg.com

Sherry L. Rollo
Steven E. Feldman
**HAHN LOESER & PARKS LLP**
200 W. Madison St., Suite 2700
Chicago, Illinois 60606
(312) 637-3000

*Attorneys for Defendant Long Grove Pharmaceuticals, LLC*

s/ Gregory D. Miller
Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Gregory.miller@rivkin.com
Timothy.gonzalez@rivkin.com

Samual T. Lockner
Jennell C. Bilek
Seung Sub Kim
**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PA**
Capalla Tower, Suite 4200
225 South Sixth Street

s/ James S. Richter
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

*Of Counsel:*
Kurt Mathas
Kevin Boyle
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel. (312) 558-5600
kmathas@winston.com
kboyle@winston.com

Claire Fundakowski
Lauren Rennecker

Minneapolis, Minnesota 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
slockner@carlsoncaspers.com
jbilek@carlsoncaspers.com
ekim@carlsoncaspers.com

*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.*

 s/ Zhibin Li
Zhibin Li
**LOCKE LORD LLP**
Brookfield Place, 200 Vesey Street
New York, New York 10281
(212) 415-8600
Zhibin.li@lockelord.com

Michael J. Gaertner
David B. Abramowitz
Leah M. Brackensick
Hannah J. Thomas
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0700
mgaertner@locklord.com
dabramowitz@lockelord.com
leah.brackensick@lockelord.com
hannah.thomas@lockelord.com

*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc.*

WINSTON & STRAWN LLP
1901 K Street, N.W.
Washington, DC 20036
Tel. (202) 282-5000
cfundakowski@winston.com
lrennecker@winston.com

*Attorneys for Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC and Odin Pharmaceuticals, LLC*

s/ John C. Leddy
John C. Leddy
NUTTER, McCLENNEN & FISH LLP
655 Third Avenue
New York, New York 10017
Tel. (646) 440-8000
jleddy@nutter.com

Jonathan A. Harris
Micah W. Miller
155 Seaport Blvd.
Boston, Massachusetts 02110
Tel. (617) 439-2000
jaharris@nutter.com
mmiller@nutter.com

*Attorneys for Defendants Xiromed LLC and Xiromed Pharma España, S.L.*

**SO ORDERED:**

This 22nd day of October, 2024.

 s/ Cathy L. Waldor
**THE HONORABLE CATHY L. WALDOR**
**UNITED STATES MAGISTRATE JUDGE**